In the Matter of the Will of EMANUEL VOLK, Deceased.

PHILIP FEHL, as Executor, Respondent; ALEXINA SIROIS, Appellant.

*Will — probate — objections of improper execution, lack of testamentary capacity and undue influence properly overruled.*

*Matter of Volk,* 220 App. Div. 789, affirmed.

(Argued October 6, 1927; decided October 25, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 6, 1927, which affirmed a decree of the Columbia County Surrogate's Court admitting to probate the last will and testament of Emanuel Volk, deceased. Appellant objected to probate on the grounds of improper execution, lack of testamentary capacity and undue influence.

*R. Monell Herzberg* for appellant.

*Samuel B. Coffin* and *Milton M. Hall* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ.   Not sitting: LEHMAN, J.